APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Joseph Luckett
(Please print)

STREET ADDRESS: 1036 W. 108th Pl.

CITY/STATE/ZIP: Chicago, IL 60643

PHONE NUMBER: (773) 840-3107

CASE NUMBER: 08CV3191
JUDGE GETTLEMAN
MAGISTRATE JUDGE BROWN

FILED
JUN 03 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature: [signed] Joseph Luckett
Date: 04/22/08
06/03/08